**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTONIO WILLIAMS,  )
              Plaintiff,  )   Case No. 2:16-cv-00429-RFB-GWF
              )
vs.  )   **ORDER**
              )
CAVALRY PORTFOLIO SERVICES, LLC,  )
              Defendant.  )

      This matter is before the Court on the parties' Joint Proposed Discovery Plan and Scheduling Order (ECF No. 9), filed on May 27, 2016.  The Court conducted a hearing on July 6, 2016.  After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

      **IT IS HEREBY ORDERED** the following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **April 11, 2017**

    2.    Last date to amend pleadings and add parties: **October 13, 2016**

    3.    Last date to file interim status report: **February 10, 2017**

    4.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **January 26, 2017**

    5.    Last date to disclose rebuttal experts: **March 12, 2017**

    6.    Last date to file dispositive motions: **May 17, 2017**

    7.    Last date to file class certification motion and evidence in support: **May 17, 2017**

. . .

. . .

8. Last date to file joint pretrial order: **June 19, 2017**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 6th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge